UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JANE DOE, a minor, by her parents and next friends, JOHN DOE and JILL DOE,

    Plaintiff,

v.    Case No.: 24-CV-354

ELKHORN AREA SCHOOL DISTRICT and JASON TADLOCK, in his individual capacity.

    Defendants.

---

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

---

*United States v. Skrmetti, et al.*, No. 23–477, slip. op. (U.S. June 18, 2025), is relevant to Section IV of Defendants' brief in opposition to Plaintiff's motion for partial summary judgment [ECF 60] and Section II of Defendants' motion to vacate preliminary injunction [ECF 61].

Dated this 18th Day of June, 2025.

                      STADLER SACKS LLC
                      Attorneys for Defendants

        By:     /s/ *Ronald S. Stadler*
                     Ronald S. Stadler
                     State Bar No. 1017450
                     Jonathan E. Sacks
                     State Bar No. 1103204

303 B North Main Street
West Bend, WI 53095
telephone: 262-304-0610
e-mail: jes@stadlersacks.com
       rss@stadlersacks.com