UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JANE DOE, a minor, by her parents and next friends, JOHN DOE and JILL DOE,

    Plaintiff,

v.    Case No.: 24-CV-354

ELKHORN AREA SCHOOL DISTRICT and JASON TADLOCK, in his individual capacity.

    Defendants.

---

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

---

*D.P. v. Mukwonago Area School District, et al*, No. 23-2568, 2025 U.S. App. LEXIS 16097 (7th Cir. June 30, 2025), *vacating D.P. v. Mukwonago Area School District, et al*, No. 23-2568, 2025 U.S. App. LEXIS 14513 (7th Cir. June 12, 2025) [ECF 58], is relevant to Sections III and IV of Defendants' brief in opposition to Plaintiff's motion for partial summary judgment [ECF 60] and Sections I and II of Defendants' motion to vacate preliminary injunction [ECF 61].

Dated this 1st Day of July, 2025.

          STADLER SACKS LLC
          Attorneys for Defendants

    By:    /s/ *Ronald S. Stadler*
          Ronald S. Stadler
          State Bar No. 1017450
          Jonathan E. Sacks
          State Bar No. 1103204

303 B North Main Street
West Bend, WI 53095
telephone: 262-304-0610
e-mail: jes@stadlersacks.com
       rss@stadlersacks.com