IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JANE DOE, a minor, by her parents and next friends, JOHN DOE and JILL DOE,

Plaintiff,

v.

ELKHORN AREA SCHOOL DISTRICT *et al.*,

Defendants.

No. 2:24-cv-00354-JPS

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully notifies the Court that, by order dated August 26, 2025, the Seventh Circuit dismissed the appeal of the preliminary injunction in *D.P. v. Mukwonago Area School District*, No. 23-2568 (7th Cir.), for lack of appellate jurisdiction, because the district court had dissolved the preliminary injunction on the plaintiff student's motion based on changed circumstances, *see* Decision & Order, *Doe #1 v. Mukwonago Area Sch. Dist.*, No. 2:23-cv-00876-LA (E.D. Wis. Aug. 21, 2025), ECF No. 89. The Seventh Circuit's order is attached as Exhibit A. Plaintiff and Defendants previously filed notices of supplemental authority related to the now-dismissed *Mukwonago* appeal at ECF No. 73 and ECF No. 76, respectively.

DATED: August 28, 2025

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Robert (Rock) Theine Pledl
Victoria Davis-Dávila
DAVIS & PLEDL, S.C.
1661 N. Water Street, Suite 410
Milwaukee, WI 53202
Phone: (414) 667-0390
rtp@davisandpledl.com
vldd@davisandpledl.com

*Counsel for Plaintiff*