# Exhibit A

Order Dismissing Appeal in *D.P. v. Mukwonago Area School District*

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 26, 2025

Before
DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 23-2568 | D.P., a minor, by her mother and next friend, A.B., Plaintiff - Appellee<br><br>v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOSEPH KOCH, Superintendent, Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-00876-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman ||

The following are before the court:

1. **PLAINTIFF-APPELLEE'S MOTION TO DISMISS APPEAL (NOT BY AGREEMENT)**, filed on August 22, 2025, by counsel for the appellee.

2. **DEFENDANTS-APPELLANTS' RESPONSE IN OPPOSITION TO PLAINTIFF-APPELLEE'S MOTION TO DISMISS APPEAL (NOT BY AGREEMENT)**, filed on August 24, 2025, by counsel for the appellants.

**IT IS ORDERED** that the appeal is **DISMISSED** for lack of jurisdiction. Appellate jurisdiction depends on 28 U.S.C. § 1292(a)(1), which authorizes appeals from preliminary injunctions. The preliminary injunction in this case has been dissolved, and we therefore no longer have jurisdiction to consider this appeal.

form name: **c7_Order_3J**   (form ID: **177**)